**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 31, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00726-CV

---

## LAURA MARCIA JONES, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR FOR THE ESTATE OF BYFORD ATHAL JONES, DECEASED, Appellant

### V.

## AQUINAS OIL & GAS, L.L.C., Appellee

---

**On Appeal from the Probate Court No. 4
Harris County, Texas
Trial Court Cause No. 422,684-401**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 5, 2017. On January 18, 2019, the parties filed a joint agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.